UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE:  HECTOR ROLON

BANKRUPTCY APPEAL

CIVIL ACTION NO.  05-30023-MAP

O R D E R

**PONSOR, D.J.**

A Notice of Appeal of a decision of the Bankruptcy Court and the Record on Appeal having been filed in the above-entitled action on   1/26/2005  ,

IT IS HEREBY ORDERED that the Appellant's brief shall be filed on or before   FEBRUARY 16, 2005   and the Appellee's brief shall be filed on or before   MARCH 9, 2005  . The Appellant may file and serve a reply brief on or before   MARCH  15, 2005  .

Failure of the Appellant to file a brief on the date set forth above will result in the entry of an Order dismissing the appeal. Failure of the Appellee to file a brief may result in a decision by the Court without further opportunity for presentation of arguments by the Appellee.

| | |
|---|---|
| 1/26/2004 | By the Court,<br>/S/ MARY FINN |
| **Date** | **Deputy Clerk** |

**(BKAppeal Bro.wpd - 12/98)**                                                                                                           **[bro.]**