## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In re | ) | |
| | ) | |
| | ) | |
| HECTOR ROLON, | ) | Chapter 13 |
| Debtor. | ) | Case No. 02-45994-HJB |
| | ) | |
| | ) | |
| HECTOR ROLON, | ) | Bank. Appeal CA 05-30023-MAP |
| Appellant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DENISE PAPPALARDO, | ) | |
| CHAPTER 13 TRUSTEE, | ) | |
| Appellee. | ) | |
| | ) | |

### MOTION OF APPELLEE FOR EXTENSION OF TIME TO FILE BRIEF

Appellee, Denise M. Pappalardo, the Standing Chapter 13 Trustee (the "Trustee") hereby moves that this Court extend the deadline to file a brief in this matter for thirty (30) days or such time as the Court may deem expedient. As grounds therefore, on or about February 18, 2005, the Trustee filed a motion to consolidate the above-referenced appeal with the following appeals (the "Motion to Consolidate"):

*In re Joseph LaFrance,* Bank. Appeal No. 05-30021-MAP;

*In re Peter Caci and Denise Caci*, Bank. Appeal No. 05-30024-MAP;

*In re Mark Bennett and Angela Bennett*, Bank. Appeal No. 05-30025-MAP;

*In re Kathleen Daigneault*, Bank Appeal No. 05-30026-MAP;

*In re Marta Oyola*, Bank Appeal No. 05-30027-MAP; and

*In re Stefan Davis*, Bank Appeal No. 05-30028-MAP.

2. In the interests of judicial economy, the Trustee requests that the briefing order be amended pending a determination on the Motion to Consolidate.

WHEREFORE, the Trustee requests that the within Motion be allowed.

Respectfully submitted,

Standing Chapter 13 Trustee

Dated: _03/2/05_

Denise M. Pappalardo
BBO # 553293
Joanne Psilos
BBO # 556997
P.O. Box 16607
Worcester, MA 01601
(508) 791-3300

## CERTIFICATE OF SERVICE

I, Joanne Zoto Psilos, Staff Attorney do hereby certify that a true and accurate copy of the attached Motion was served on the following parties on this date via first class mail, postage prepaid:

Joanne Zoto Psilos          Dated 03/2/05

Francis Lafayette, J.D.
P.O. Box 1020
Palmer, MA 01069